IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

POTLATCHDELTIC LAND
AND LUMBER, LLC                                                                                      PLAINTIFF

v.                                         Case No. 1:22-cv-1053

VICTORY LUMBER
HOLDINGS, LLC                                                                                        DEFENDANT

## JUDGMENT

For the reasons discussed in the order of even date, judgment is hereby entered in favor of Plaintiff PotlatchDeltic Land & Lumber, LLC against Defendant Victory Lumber Holdings, LLC in the amount of $415,195.34.  The Court awards Plaintiff prejudgment interest at the rate of 6% per annum, from November 8, 2019, until entry of judgment.  The Court awards Plaintiff post-judgment interest as calculated pursuant to 28 U.S.C. § 1961 from the date judgment is entered until paid.

**IT IS SO ORDERED**, this 21st day of June, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge