IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

POTLATCHDELTIC LAND
AND LUMBER, LLC                                                                                    PLAINTIFF

v.                                        Case No. 1:22-cv-1053

VICTORY LUMBER
HOLDINGS, LLC                                                                                     DEFENDANT

## ORDER

Before the Court is a Motion for Attorneys' Fees and Costs and for Specific Judgment Amount. ECF No. 9. On June 21, 2023, the Court granted default judgment in favor of Plaintiff and against Defendant in the amount of $415,194.34. ECF No. 12. The present motion regarding attorneys' fees is related to the default judgment. On July 5, 2023, Plaintiff informed the Court that the "monetary requirements set out in the Judgment [ECF No. 12] and any prospective award of attorneys' fees and costs as referenced in the Order [ECF No. 11] have been fully satisfied by acceptance by Plaintiff of partial payments by a third party." ECF No. 13, at 1. Thus, Plaintiff states that its request for attorneys' fees and costs is now moot. Accordingly, the Court finds that Plaintiff's Motion for Attorneys' Fees and Costs and for Specific Judgment Amount (ECF No. 9) should be and hereby is **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 29th day of August, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge